**FILED**

JUN 1 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA    '08 MJ 8 5 5 4

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate Case No.: |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Jose Alberto VILLASENOR, | ) Importation of a Controlled |
| Defendant. | ) Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about June 18, 2008, within the Southern District of California, defendant Jose Alberto VILLASENOR did knowingly and intentionally import approximately 16.98 kilograms (37.36 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19TH DAY OF JUNE 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1

2

3

4   UNITED STATES OF AMERICA
              v.
5   Jose Alberto VILLASENOR

6                    STATEMENT OF FACTS

7        This Statement of Facts is based on the reports, documents,

8   and notes furnished to U. S. Immigration and Customs Enforcement

9   Special Agent Chad N. Worgen.

10       On June 18, 2008, at approximately 0930 hours, U. S.

11  Immigration and Customs Enforcement (ICE) Special Agents (SA) were

12  conducting enforcement operations near the Calexico West Port of

13  Entry. ICE SA Torregrosa and SA Vensk observed a 2002 Chrysler

14  PT Cruiser (the vehicle) at Imperial Avenue and Second Street in

15  Calexico. SA Torregrosa recognized the vehicle as one which had

16  been involved in previous suspicious activity at the Port of

17  Entry. When SA Torregrosa saw the vehicle it was facing north,

18  which indicated to SA Torregrosa that the driver had just exited

19  the Port of Entry. Consequently, SA Torregrosa followed the

20  vehicle. When the vehicle entered El Centro, California, El

21  Centro Police Officers initiated a traffic stop for a violation

22  of the California Vehicle Code. The driver of the vehicle was

23  identified as Jose Alberto VILLASENOR (VILLASENOR).

24       A Customs and Border Protection Canine Unit was contacted

25  and responded to the scene of the traffic stop. Canine

26  Enforcement Officer (CEO) S. Barela screened the vehicle with his

27  Narcotics Human Detector Dog (NHDD. The NHDD alerted to the

28  vehicle's rear tire well.

1

2

An inspection of the vehicle resulted in the discovery of a non-factory installed compartment located in the rocker panels of the vehicle. In the compartment, a brick-shaped package was discovered. The vehicle was taken to the Calexico West Port of Entry for further inspection.

An intensive inspection resulted in the discovery of a total of fifteen (15) packages located in the passenger side rocker panel and rear driver side quarter panel. A package was probed by SA J. Morquecho and it produced a white powdery substance that field tested positive for cocaine. The total weight of the packages of cocaine was 16.98 kilograms (37.36 pounds).

VILLASENOR was arrested for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. SA Worgen advised VILLASENOR of his rights per *Miranda*. The advisement of rights was witnessed by SA Torregrosa. VILLASENOR stated he understood his rights and was willing to answer questions without the presence of an attorney.

VILLASENOR stated he was asked by an individual named "Javier" to cross the vehicle into the United States from Mexico and register it in VILLASENOR's name. When SA Worgen asked VILLASENOR, "Javier's" last name, VILLASENOR stated he did not know. VILLASENOR stated he had the vehicle in his possession, on and off, for approximately three weeks. VILLASENOR stated he previously drove the vehicle across the United States/Mexico border three or four times, and was told to drive the vehicle in order to become familiar with it. VILLASENOR told the El Centro Police Officers that Daniel Ivan Rodriquez, the registered owner of the vehicle, was his nephew. However, when questioned by SA Worgen, VILLASENOR denied knowing Daniel Ivan Rodriguez.