FILED

08 JUL -2 PM 2:30

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

'08 CR 2205 H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| ) | |
| Plaintiff, ) | I N D I C T M E N T |
| ) | |
| v. ) | Title 21, U.S.C., Secs. 952 and |
| ) | 960 - Importation of Cocaine; |
| JOSE ALBERTO VILLASENOR, ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| ) | Possession of Cocaine with Intent |
| Defendant. ) | to Distribute |
| ) | |

The grand jury charges:

Count 1

On or about June 18, 2008, within the Southern District of California, defendant JOSE ALBERTO VILLASENOR did knowingly and intentionally import 5 kilograms and more, to wit: approximately 16.98 kilograms (37.36 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

LC:fer:Imperial
7/1/08

## Count 2

On or about June 18, 2008, within the Southern District of California, defendant JOSE ALBERTO VILLASENOR did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 16.98 kilograms (37.36 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 2, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney